# JAMES C. NEVILLE
**Attorney at Law**
14 Vanderventer Avenue, Suite 115
Post Office Box 1711
Port Washington, New York 11050
Telephone: (516) 883-5905
Fax: (516) 883-4954
E-mail: jcneville@optonline.net

August 20, 2007

Hon. Kiyo A. Matsumoto
United States Magistrate Judge
United States Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
By: Facsimile: (718) 613-2623

Re:   U.S.A. v. Wallace, et al. (Keiha Laviscount), 06 Cr. 122 (DGT)

Dear Magistrate-Judge Matsumoto:

This letter is to respectfully request that this Honorable Court authorize by Order that the United States Pre-Trial Services Agency interview the following persons by telephone in anticipation of the bail hearing scheduled for the above-captioned case for this Thursday, August 23, 2007 at 2:00 p.m.

1.   Ms. Jeshia Williams
     Tel. (480) 232-1118

2.   Mr. Kelly Williams
     Tel. (480) 233-2720

3.   Ms. Shanea Laviscount
     Tel. (602) 349-6046

4.   Ms. Eunice Turner
     Tel. (718) 624-7524

5.   Ms. Evette McCormick
     Tel. (602) 791-7213

[Handwritten annotation: To the extent possible, pretrial services shall interview the listed proposed persons to the court by 8/23/07. So Ordered. /s/ KAM 8/21/07]

Ms. McCormick and Ms. Turner will be present in Court on Thursday, 8/23/07, and Keshia Williams, Kelly Williams, and Shanea Laviscount will be available telephonically on that same day, as they reside in Phoenix, Arizona.

Thank you for your consideration of this respectful request.

Respectfully submitted,

James C. Neville, Esq.
Attorney for Keiha Laviscount

Cc:   Clerk of the Court
      AUSA Morris Fodeman

2